■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY SAMPSON, Appellant. (Appeal No. 1.) [652 NYS2d 560] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Onondaga County Court, Mulroy, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Pine, J. P., Lawton, Callahan, Doerr and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY SAMPSON, Appellant. (Appeal No. 2.) [652 NYS2d 680]

—Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford,* 71 AD2d 38). Memorandum: The assertion of defendant in his *pro se* supplemental brief that he was denied his right to a speedy trial (*see,* CPL 30.30) was forfeited by his guilty plea (*see, People v O'Brien,* 56 NY2d 1009, 1010). In any event, it lacks merit (*see generally, People v Kendzia,* 64 NY2d 331, 337). (Appeal from Judgment of Onondaga County Court, Mulroy, J.—Robbery, 1st Degree.) Present—Pine, J. P., Lawton, Callahan, Doerr and Boehm, JJ.